[No. 16909-6-II.    Division Two.    May 18, 1995.]

*In the Matter of the Estate of*
VICTOR GOLDMAN.

PEARL GOLDMAN, *Appellant*, v. AGNES VOLKIRCH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-4-00609-2, Frederick W. Fleming, J., entered January 22, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 13659-1-III.    Division Three.    May 18, 1995.]

ELIZABETH PERRINS, *Appellant*, v. HENRI D. CRAWLEY, ET AL, *Defendants*, RONALD P. SMITH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-03436-7, Harold D. Clarke, J., entered November 16, 1993. *Reversed* and *remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 16738-7-II.    Division Two.    May 19, 1995.]

ROWAN NORTHWESTERN DECORATORS, INC., *Appellant*, v. WASHINGTON STATE CONVENTION & TRADE CENTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-01083-3, Daniel J. Berschauer, J., entered December 4, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J. Now published at 78 Wn. App. 322.